JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANEX IG SYSTEMS, INC., an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PANJIN CLL INSULATING GLASS MATERIAL CO. LTD., a Chinese corporation; PAN JIN ZHU CHENG PLASTIC CO. LTD., a Chinese corporation; CHUANG LI LAI CO. LTD., a Chinese corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-07138-JVS (RAOx)<br><br>JUDGMENT<br><br>Hon. James V. Selna<br><br>Complaint filed: September 10, 2015 |

1   Having considered Plaintiff Quanex IG Systems, Inc.'s Amended
2  Application for Default Judgment and other papers and records on file in this case,
3  the Honorable James V. Selna of this Court has granted Plaintiff's Amended
4  Application for Default Judgment.
5   The Court orders the following:
6   1.   Defendants Panjin CLL Insulating Glass Material Co. Ltd., Pan Jin
7  Zhu Cheng Plastic Co. Ltd., and Chuang Li Lai Co. Ltd. (collectively,
8  "Defendants") and each of their officers, agents, employees, corporate affiliates,
9  assigns, successors in interest, and all persons in active participation or concert with
10 them, are enjoined from further acts of infringement of the following patents:
11   U.S. Patent No. 8,230,661
12   U.S. Patent No. 7,877,958
13   U.S. Patent No. 7,493,739
14   U.S. Patent No. 6,877,292
15   U.S. Patent No. 6,581,341
16   2.   Defendants Panjin CLL Insulating Glass Material Co. Ltd., Pan Jin
17 Zhu Cheng Plastic Co. Ltd., and Chuang Li Lai Co. Ltd. (collectively,
18 "Defendants") and each of their officers, agents, employees, corporate affiliates,
19 assigns, successors in interest, and all persons in active participation or concert with
20 them, are enjoined from further acts of infringement of the Duraseal® trademark.
21
22
23
24
25  DATED: April 08, 2016
26                                    HON. JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE
27
28